158 A.3d 1181

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANDRE M. HORNE, DEFENDANT–PETITIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004498–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 1182

STATE OF NEW JERSEY, PLAINTIFF, v. JULIO C. ALMONTE, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RE-SPONDENT, v. ROBINSON M. ABREU, DEFENDANT–PETI-TIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4641–13 and A–3197–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.